```
 1  Kelly H. Dove (Nevada Bar No. 10569)
    Karl O. Riley (Nevada Bar No. 12077)
 2  SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
 3  Las Vegas, Nevada  89169
    Telephone:  702.784.5200
 4  Facsimile:  702.784.5252
    Email: kdove@swlaw.com
 5         kriley@swlaw.com

 6  Attorneys for Defendant Wells Fargo Bank, N.A.,
    erroneously named as Wells Fargo Financial
 7
```

8                    **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF NEVADA**

10

| | |
|---|---|
| 11  SANDRA L. SCARLETTE, | Case No.:     2:17-cv-02048-JCM-NJK |
| 12              Plaintiff, | |
| 13       v. | **STIPULATION AND ORDER TO CONTINUE RESPONSE TO COMPLAINT** |
| 14  AMERICAN HOME MORTGAGE SERVICING, INC. A/K/A HOMEWARD RESIDENTIAL; WELLS FARGO FINANCIAL; AMERICAN HONDA FINANCE CORP.; EQUIFAX INFORMATION SERVICES, LLC, | |
| 15 | |
| 16 | |
| 17 | |
| 18              Defendants. | |

19     Plaintiff Sandra L. Scarlette ("Plaintiff") and Defendant Wells Fargo Bank, N.A.,

20  erroneously named as Wells Fargo Financial ("Wells Fargo, together with Plaintiff, the "Parties"),

21  agrees, by and through their counsel, to stipulate to extend the time for Wells Fargo to respond to

22  Plaintiff's Complaint.

23     WHEREAS, Plaintiff filed the Complaint on July 27, 2017;

24     WHEREAS, Plaintiff served Wells Fargo on July 31, 2017, making Wells Fargo's

25  response to the Complaint is due August 21, 2017;

26     WHEREAS, this request is timely;

27     WHEREAS, Wells Fargo needs additional time to procure information to respond to the

28  Complaint;

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

WHEREAS, Wells Fargo requested, and Plaintiff agreed, to extend Wells Fargo's time to respond to Plaintiff's Complaint;

WHEREAS, this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo will respond to Plaintiff's Complaint on or before September 12, 2017.

IT IS SO STIPULATED.

Dated August 11, 2017

| Dated: August 11, 2017. | Dated: August 11, 2017. |
|---|---|
| HAINES & KRIEGER, LLC | SNELL & WILMER L.L.P. |
| By: /s/ David Krieger<br>David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff Altes H. Mathieu* | By: /s/ Karl O. Riley<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Karl O. Riley, Esq.<br>Nevada Bar No. 12077<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Financial* |

**ORDER**

IT IS ORDERED THAT Wells Fargo shall respond to Plaintiff's Complaint on or before September 12, 2017.

IT IS SO ORDERED.

DATED: August 14, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

4852-6747-2461