David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, SANDRA L. SCARLETTE*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA L. SCARLETTE,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC. A/K/A HOMEWARD RESIDENTIAL; WELLS FARGO FINANCIAL; AMERICAN HONDA FINANCE CORP.; EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No. 2:17-cv-02048-JCM-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION AS TO WELLS FARGO FINANCIAL ONLY** |

Plaintiff SANDRA L. SCARLETTE and Defendant WELLS FARGO FINANCIAL hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

dismissed in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, <u>WELLS FARGO FINANCIAL</u>**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: December 18, 2017

By:

<u>/s/David H. Krieger, Esq.</u>
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

<u>/s/ Kelly H. Dove, Esq.</u>
Kelly H. Dove, Esq.
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169-5958
*Attorney for Defendant WELLS FARGO FINANCIAL*

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: December 21, 2017