David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, SANDRA L. SCARLETTE*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA L. SCARLETTE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC. A/K/A HOMEWARD RESIDENTIAL; WELLS FARGO FINANCIAL; AMERICAN HONDA FINANCE CORP.; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:17-cv-02048-JCM-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO HOMEWARD RESIDENTIAL ONLY** |

Plaintiff SANDRA L. SCARLETTE and Defendant AMERICAN HOME MORTGAGE SERVICING, INC. A/K/A HOMEWARD RESIDENTIAL hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, AMERICAN HOME MORTGAGE SERVICING, INC. A/K/A HOMEWARD RESIDENTIAL**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: June 20, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Sean K. McElenney, Esq. |
| David H. Krieger, Esq. | Sean K. McElenney |
| Nevada Bar No. 9086 | Nevada State Bar No. 9122 |
| HAINES & KRIEGER, LLC | BRYAN CAVE LLP |
| 8985 S. Eastern Avenue | Two North Central Ave Suite 2100 |
| Suite 350 | Phoenix, AZ 85004 |
| Henderson, Nevada 89123 | *Attorney for Defendant American* |
| *Attorney for Plaintiff* | *Home Mortgage Servicing, Inc.* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: June 22, 2018 _____